## STATEMENT OF FACTS

Your affiant, ███████████, is a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Richmond Division. In my duties as a Special Agent, I have gained training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, the exploitation of lawfully obtained evidence and data, and various other procedures. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On April 22, 2021, the FBI Office of Public Affairs published Be On the Lookout (BOLO) Assault on Federal Officer (AFO) 346, for an individual who assaulted and impeded law enforcement officers, including U.S. Capitol Police (USCP) Sergeant Troy Robinson, on the Lower West Terrace of the U.S. Capitol Building. BOLO AFO-346 included four photographs. *See* Image 1.



*Image 1 – BOLO AFO-346 Photos Posted to the FBI's Capitol Violence Website*

On May 8, 2021, the FBI identified additional images of BOLO AFO-346 on publicly available websites. *See* Image 2.



*Image 2 – Open-source Photograph of BOLO AFO-346*

On October 17, 2022, a tipster, who self-identified as a former intimate partner of BOLO AFO-346, submitted an online tip to the FBI National Threat Operations Center to report the identity of BOLO AFO-346 as Charles Orlando Pratt IV (PRATT) of Powhatan Virginia. The tipster stated PRATT lived at ███████████████████████, which was confirmed by FBI database checks. The FBI interviewed the tipster in person, where they positively identified additional photos of PRATT.

The tipster directed the FBI to a publicly available photo of PRATT on Facebook, where he can be seen wearing the same brown jacket in Images 1 & 2. *See* Image 3.



*Image 3 – Facebook Photograph*

Additionally, on June 23, 2021, PRATT was identified by FBI Richmond Task Force Officers who interviewed PRATT due to an unrelated FBI investigation into PRATT following threats he made against public officials, public servants, and the federal government. On October 29 and 31, 2024, the Task Force Officers positively identified PRATT, the person they interviewed on June 23, 2021, when presented with photos of PRATT from January 6, 2021.

According to a review of open-source videos of a confrontation during the breach of the Lower West Terrace of the U.S. Capitol Building on January 6, 2021, PRATT physically grabbed a law enforcement officer and shoved other rioters towards law enforcement, contributing to additional assaults and impeding law enforcement response to the incidents. Specifically, at approximately 1:11 p.m., PRATT pushed through a crowd of rioters and approached a group of

rioters verbally engaging with officers, to include Landon Kenneth Copeland[1] (COPELAND) and Chris Joseph Quaglin[2] (QUAGLIN). *See* Images 4–6.



*Image 4 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT Moving Through the Crowd of Rioters toward the Confrontation on the West Terrace of the U.S. Capitol Building*

---

[1] On May 19 2022, COPELAND pleaded guilty to assaulting law enforcement officers during the breach of the U.S. Capitol Building on January 6, 2021. On May 8, 2023, COPELAND was sentenced to 36 months in prison, 36 months of supervised release, and ordered to pay $2,000 in restitution.

[2] On July 10, 2023, QUAGLIN was found guilty of 14 charges, including for assaulting law enforcement officers during the breach of the U.S. Capitol Building on January 6, 2021. On May 24, 2024, QUAGLIN was sentenced to 144 months in prison, 24 months of supervised release, and ordered to pay $2,000 in restitution.



*Image 5 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, COPELAND Highlighted in Red, QUAGLIN Highlighted in Blue, and Sergeant Robinson Highlighted in Purple*



*Image 6 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow and COPELAND Highlighted in Red, Showing PRATT Observe the Confrontation*

PRATT observed the verbal altercation escalate when COPELAND intentionally pushed QUAGLIN into Sergeant Robinson. *See* Image 7.



*Image 7 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, COPELAND Highlighted in Red, QUAGLIN Highlighted in Blue, and Sergeant Robinson Highlighted in Purple*

QUAGLIN proceeded to grab at Sergeant Robinson's neck and push Sergeant Robinson backwards. *See* Image 8.



*Image 8 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, COPELAND Highlighted in Red, QUAGLIN Highlighted in Blue, and Sergeant Robinson Highlighted in Purple, Showing QUAGLIN Grabbing Sergeant Robinson*

As QUAGLIN and Sergeant Robinson appeared to fall to the ground, PRATT rushed toward the altercation using his own momentum and grabbed the shoulder of an unidentified USCP Officer (USCP Officer 1) with his left hand. *See* Images 9–12.



*Image 9 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, COPELAND Highlighted in Red, and an Unidentified Rioter in Green, Showing PRATT Approach the Confrontation*



*Image 10 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow and an Unidentified Rioter in Green, Showing PRATT Reach for USCP Officer 1's Shoulder*



*Image 11 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow and an Unidentified Rioter in Green, Showing PRATT Grab USCP Officer 1's Shoulder*



*Image 12 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT Grab USCP Officer 1's Shoulder*

PRATT appeared to then brace his right hand and forearm against an unidentified rioter, keeping the rioter in place while USCP Officer 1 attempted to push past the rioter to respond to an ongoing altercation between QUAGLIN, COPELAND, and Sergeant Robinson while Sergeant Robinson was still on the ground, preventing assistance to Sergeant Robinson. *See* Images 13–18.



*Image 13 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow and an Unidentified Rioter in Green, Showing PRATT Pushing the Unidentified Rioter, Who has an Arm Extended Towards USCP Officer 1*



*Image 14 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT Push Against the Unidentified Rioter, Contributing to the Rioter's Weight and Force Against the Officers, Hindering Their Ability to Help Sergeant Robinson*



*Image 15 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT Push Against the Unidentified Rioter*



*Image 16 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT Push Against the Unidentified Rioter*



*Image 17 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT Brace the Unidentified Rioter as He Confronts Law Enforcement*



*Image 18 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT Brace the Unidentified Rioter, Obstructing USCP Officers from Assisting Sergeant Robinson*

PRATT and other rioters then directed their attention to the ground and struggled with Sergeant Robinson over what appears to be a police baton while shoving him backwards. *See* Images 19–21.



*Image 19 – Screenshot from Open-source Footage with PRATT Highlighted in Yellow, Showing PRATT and Others Rioters Reach Down to the Ground in Front of Sergeant Robinson*



*Image 20 – Screenshot from Open-Source Footage with PRATT Highlighted in Yellow and COPELAND Highlighted in Red, Showing PRATT and Others Rioters Begin to Reach Down to the Ground While Pushing Sergeant Robinson*



*Image 21 – Screenshot from Open-Source Footage with PRATT Highlighted in Yellow, Showing PRATT, Other Rioters, and Sergeant Robinson Struggle Over What Appears to be a Police Baton*

As PRATT and COPELAND rose from the ground, PRATT was pushed against COPELAND as COPELAND shoved his shoulder into Sergeant Robinson, contributing to the force that COPELAND exerted against Sergeant Robinson. *See* Image 22.



*Image 22 – Screenshot from Open-Source Footage with PRATT Highlighted in Yellow and COPELAND Highlighted in Red, Showing PRATT Brace COPELAND As He Shoves Sergeant Robinson*

PRATT and COPELAND then shove Sergeant Robinson, who eventually pushes PRATT away from the police line. *See* Images 23–25.



*Image 23 – Screenshot from Open-Source Footage with PRATT Highlighted in Yellow, Showing PRATT Shove Sergeant Robinson with His Shoulder*



*Image 24 – Screenshot from Open-Source Footage with PRATT Highlighted in Yellow and COPELAND Highlighted in Red, Showing Sergeant Robinson Push PRATT Off Of His Person While Being Shoved by COPELAND*



*Image 25 – Screenshot from Open-Source Footage Showing Sergeant Robinson Push PRATT Away From the Police Line*

Based on the foregoing, your affiant submits that there is probable cause to believe that PRATT violated 18 U.S.C. § 1752(a)(1), (2), and (4) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that PRATT violated 40 U.S.C. § 5104(e)(2)(D), (E), and (F), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (E) obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings; and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

Your affiant submits there is probable cause to believe that PRATT violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Secret Service's protection of the Vice President and his family and the Capitol Police's protection of the U.S. Capitol.

Your affiant submits that there is probable cause to believe that PRATT violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties, where such acts involve physical contact with the victim or the intent to commit another felony. Persons designated within section 1114 of Title 18 include federal officers such as USCP officers, and include any person assisting an officer or employee of the United States in the performance of their official duties.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of December, 2024.

_____
HON. MATTHEW J. SHARBAUGH
U.S. MAGISTRATE JUDGE