UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>CHARLES ORLANDO PRATT, IV,<br><br>*Defendant*. | Criminal Action No. 24-563 (LLA) |

### ORDER

This matter is before the court on the United States' Motion to Dismiss the Indictment. ECF No. 24. Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Indictment, ECF No. 6, is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**. The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:  January 27, 2025